158 A.3d 1224

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David R. MCGINLEY, Petitioner**

**No. 130 MAL 2016**

Supreme Court of Pennsylvania.

September 23, 2016

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.